**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JON ROGER LEE, | : | No. 87 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| MICHELLE CORRELL, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| MICHELLE CORRELL, | : | No. 88 MAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| J.R. LEE CONTRACTING, JON ROGER LEE D/B/A JON ROGER LEE, JR. INDIVIDUALLY, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.